```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                         Case No. 18-45244-ess
Rogelio J. Duff                                                Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0207-1          User: admin              Page 1 of 1             Date Rcvd: Nov 28, 2018
                              Form ID: 268             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2018.
db             Rogelio J. Duff,    47 Harvard Ave,    Staten Island, NY  10301-1310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 28 2018 18:45:41
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                                             TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              David J. Doyaga    david.doyaga.sr@gmail.com,  NY98@ecfcbis.com,carolina@doyagalawfirm.com
              Kevin   Zazzera    on behalf of Debtor Rogelio J. Duff kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Rogelio J. Duff** | Social Security number or ITIN **xxx–xx–6045** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter **7   9/13/18** |
| Case number:  **1–18–45244–ess** | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR OFFICIAL FORM 423 CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by December 12, 2018, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: November 27, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]